31797. MACDOUGALL v. STATE OF GEORGIA.

GUNTER, Justice.

This court granted applicant's petition for a writ of certiorari to review the decision and the judgment of the Court of Appeals in *State of Ga. v. MacDougall,* 139 Ga. App. 815 (229 SE2d 667) (1976).

The issues having been briefed and orally argued in this court, and after a review of the entire record, we conclude that the judgment of the Court of Appeals was correct and must be affirmed.

*Judgment affirmed. All the Justices concur, except Hill, J., who is disqualified.*

ARGUED FEBRUARY 17, 1977 — DECIDED FEBRUARY 23, 1977.

*Paul L. Hanes,* for appellant.
*Arthur K. Bolton, Attorney General, Don A. Langham, Deputy Assistant Attorney General,* for appellee.